IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERROL BROWN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 07-1250 |
| | : | |
| EDWARD KLEM SUPERINTENDENT, | : | |
| AND | : | |
| DISTRICT ATTORNEY OF THE COUNTY OF CHESTER, | : | |
| AND | : | |
| THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : | |
| Respondents | : | |

ORDER
---

LEGROME D. DAVIS, J

      AND NOW, this 18th day of September 2007, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

                                                BY THE COURT

                                                /S/LEGROME D. DAVIS

                                                Legrome D. Davis, J